HONORABLE REBECCA L. PENNELL

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants Curt Liedkie,
Dale Slack, Mathew Newberg, Kevin McCrae,
Ty Albertson, Adam Kick, Erika George,
and Denis Tracy

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA; ANTIOCHIAN ORTHODOX CHRISTIAN ARCHDIOCESE OF NORTH AMERICA; ROMANIAN ORTHODOX METROPOLIA OF THE AMERICAS; WESTERN AMERICAN DIOCESE OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA; TIMOTHY WILKINSON, <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>ROBERT W. FERGUSON, in his official capacity as Governor of Washington; NICHOLAS W. BROWN, in his official capacity as Attorney General of the State of Washington; et al., <br><br>　　　　　　Defendants. | Cause No. 2:25-cv-00209-RLP <br><br> NOTICE OF WITHDRAWAL |

NOTICE OF WITHDRAWAL - page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

TO: The above-named Parties and your counsel of record;
AND TO: The Clerk of the Court

Please take notice that Michael E. McFarland, Jr. of Evans, Craven & Lackie, P.S., hereby withdraws as attorney for defendant Michael Golden in his official capacity as Ferry County Prosecuting Attorney, effective immediately. Geoff A. Enns and Scott A. Marlow of the Snohomish County Prosecutor's Office remain as counsel for defendant Michael Golden. You are hereby directed to serve all further correspondence, notices, and pleadings, except process, to said Defendant upon the following:

> Geoff A. Enns, WSBA #40682
> Deputy Prosecuting Attorney, Tort Unit Lead
> Snohomish County Prosecuting Attorney's Office – Civil Division
> 3000 Rockefeller Avenue, M/S 504
> Everett, WA 98201-4046
> Phone:        425-388-6334
> E-mail:        Geoff.Enns@co.snohomish.wa.us
>
> Scott A. Marlow, WSBA #25987
> Deputy Prosecuting Attorney
> Snohomish County Prosecutor's Office
> Robert J. Drewel Bldg., 7th Floor, M/S 504
> 3000 Rockefellar Avenue
> Everett, WA 98210-4046
> Phone:        425-312-0633
> Email:        Scott.Marlow@co.snohomish.wa.us

///

///

NOTICE OF WITHDRAWAL - page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  DATED this 27th day of June, 2025.

                              EVANS, CRAVEN & LACKIE, P.S.

              By:     *s/ Michael E. McFarland, Jr.*
                      MICHAEL E. McFARLAND, JR., #23000
                      Withdrawing Attorneys for Def. Michael Golden

NOTICE OF WITHDRAWAL - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**_Counsel for Plaintiffs Orthodox Church in America; Antiochian Orthodox Christian Archdiocese of North America; Romanian Orthodox Metropolia of the Americas; and Western American Diocese of the Russian Orthodox Church Outside of Russia_**

David A. Cortman
Eric Nieuwenhuis Kniffin
George M. Ahrend
John Bursch
Katherine L. Anderson
Kristen Kellie Waggoner
Mark Alan Lippelmann
Mathew Walter Hoffmann
Ryan J Tucker

Email: dcortman@adflegal.org
Email: eric@kniffin.law
Email: george@luveralawfirm.com
Email: jbursch@adflegal.org
Email: kanderson@adflegal.org
Email: kwaggoner@adflegal.org
Email: mlippelmann@adflegal.org
Email: mhoffmann@adflegal.org
Email: rtucker@adflegal.org

**_Counsel for Plaintiff Timothy Wilkinson_**

George M. Ahrend
Kristen Kellie Waggoner

Email: george@luveralawfirm.com
Email: kwaggoner@adflegal.org

**_Counsel for Defendant James Kennedy_**

Philip Carl Hunsucker
Email: PHunsucker@co.jefferson.wa.us



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

***Counsel for Defendants Robert W. Ferguson and Nicholas W. Brown***
Alicia O. Young
Emma S. Grunberg
Email:         AliciaO@atg.wa.gov
Email:         emma.grunberg@atg.wa.gov

***Counsel for Defendant Chad Enright***
Anna Katherine Aruiza
Email:         aaruiza@kitsap.gov

***Counsel for Defendant Rich Weyrich***
Frederick A. Haist
Email:         fhaist@co.skagit.wa.gov

***Counsel for Defendant Leesa Manion***
Heidi Joanne Jacobson-Watts
Email:         heidi.jacobsen-watts@kingcounty.gov

***Counsel for Defendant Tony Golik***
Amanda Migchelbrink
Email:         amanda.migchelbrink@clark.wa.gov

By:         *s/Michael E. McFarland, Jr.*
            MICHAEL E. McFARLAND, JR., #23000
            Withdrawing Attorneys for Michael Golden
            Evans, Craven & Lackie, P.S.
            818 W. Riverside Ave., Suite 250
            Spokane, Washington  99201
            (509) 455-5200
            (509) 455-3632 Facsimile
            mmcfarland@ecl-law.com