The Honorable Rebecca L. Pennell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA. et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, et al., <br><br> Defendants. | No. 2:25-cv-00209-RLP <br><br> DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTE ON MOTION CALENDAR: <br> July 25, 2025 |

Defendant Anthony Golik, by and through his counsel of record, Senior Deputy Prosecuting Attorney Amanda M. Migchelbrink, responds to Plaintiffs' Motion for Preliminary Injunction as follows:

At this time, Defendant takes no position with regard to Plaitniffs' Motion for Preliminary Injunction. In taking such a position, Defendant does not agree that Plaintiffs are likely to prevail on the merits of their claims but will allow the other parties to argue and address these issues at the preliminary stage.

Dated July 14, 2025.

*s/ Amanda M. Migchelbrink*
Amanda M. Migchelbrink, WSBA #34223
Senior Deputy Prosecuting Attorney
Clark County Prosecutor's Office – Civil Division

DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 1 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

The Honorable Rebecca L. Pennell

PO Box 5000
Vancouver WA 98666-5000
Tele: (564) 397-2478
Fax: (564) 397-2184

Email: amanda.migchelbrink@clark.wa.gov

## CERTIFICATE OF SERVICE

I, Jesica Allee, hereby certify that on July 14, 2025, I electronically filed the foregoing DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court using the CM/ECF system to be made on all parties of record as follows:

| *Attorneys for Plaintiffs* | | |
|---|---|---|
| | David A Cortman | dcortman@adflegal.org |
| | Eric Nieuwenhuis Kniffin | eric@kniffin.law |
| | George M Ahrend | george@luveralawfirm.com |
| | John Bursch | jbursch@adflegal.org |
| | Katherine L Anderson | kanderson@adflegal.org |
| | Kristen Kellie Waggoner | kwaggoner@adflegal.org |
| | Mark Alan Lippelmann | mlippelmann@adflegal.org |
| | Mathew Walter Hoffmann | mhoffmann@adflegal.org |
| | Ryan J Tucker | rtucker@adflegal.org |
| Attorneys for Governor Rober W. Ferguson and AG Nicholas W. Brown | | |
| | Alicia O Young | alicia.young@atg.wa.gov |
| | Emma S Grunberg | emma.grunberg@atg.wa.gov |
| | Kelly A. Paradis | Kelly.Paradis@atg.wa.gov |
| Attorneys for Grays Harbor, Clallam, Spokane, Adams, Chelan, Douglas, Ferry, Island, Kittitas, Klickitat, Lewis, Mason, Okanogan, Pend Orielle, Pierce, Pacific, Snohomish, Wahkiakum, Walla Walla, Yakima, San Juan and Whatcom | | |

DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)

| | | |
|---|---|---|
| County | | |
| | Scott Alan Marlow | scott.marlow@co.snohomish.wa.us |
| | Geoffrey A Enns | Geoffrey.Enns@co.snohomish.wa.us |
| Attorney for King County | Heidi Joanne Jacobsen-Watts | heidi.jacobsen-watts@kingcounty.gov |
| Attorneys for Asotin, Columbia, Ferry, Garfield, Grant, Lincoln, Skamania, Stevens and Whitman County | | |
| | Michael E McFarland, Jr | mmcfarland@ecl-law.com |
| | Rachel Kiana Stanley | rstanley@ecl-law.com |
| | James Bernard King | jking@ecl-law.com |
| Attorney for Benton County | Reid W Hay | reid.hay@co.benton.wa.us |
| | Geoffrey A Enns | Geoffrey.Enns@co.snohomish.wa.us |
| Attorney for Cowlitz County | Douglas Emry Jensen | jensend@cowlitzwa.gov |
| Attorneys for Jefferson County | | |
| | Melissa Pleimann | mpleimann@co.jefferson.wa.us |
| | Philip Carl Hunsucker | PHunsucker@co.jefferson.wa.us |
| Attorneys for Kitsap County | | |
| | Anna Katherine Aruiza | aruiza@kitsap.gov |
| | Katherine A Cummings | kacummings@kitsap.gov |
| Attorney for Skagit County | Frederick A Haist | fhaist@co.skagit.wa.us |
| Attorney for Thurston County | Scott C. Cushing | scott.cushing@co.thurston.wa.us |
| United States of America Civil Rights Division | Max P Lapertosa | max.lapertosa@usdoj.gov |

Dated July 14, 2025,

*s/ Jesica Allee*
Jesica Allee, Legal Assistant

DEFENDANT GOLIK'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3 of 3

CLARK COUNTY PROSECUTING ATTORNEY
CIVIL DIVISION
1300 FRANKLIN ST., SUITE 380 • PO BOX 5000
VANCOUVER, WASHINGTON 98666-5000
(564) 397-2478 (OFFICE) / (564) 397-2184 (FAX)