1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

8

9   ORTHODOX CHURCH IN AMERICA, et al.,

NO. 2:25-cv-00209-RLP

10

NOTICE OF SUBSTITUTION UNDER
FED. R. CIV. P. 25(d)

                Plaintiffs,

11          vs.

12

13   ROBERT W. FERGUSON, in his official
     capacity as Governor of Washington, et al.,

14                Defendants.

15   TO:    All Parties; and

16   TO:    All Counsel for Parties; and

17   TO:    THE CLERK OF THE COURT

18          PLEASE TAKE NOTICE that Sean Lewis, sworn into office on July 14, 2025, as

19   Interim Douglas County Prosecuting Attorney, hereby substitutes as a party in his official

20   capacity in place of former Douglas County Prosecuting Attorney Gordon Edgar in the

21   above-entitled action. You are requested to serve all pleadings and other papers for Defendant

22   Lewis, except original process, upon the undersigned attorneys at the address given below.

23

24   //

25   //

26

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 15th day of July, 2025.

By: _____s/ Geoffrey A. Enns_____
GEOFFREY A. ENNS, WSBA No. 40682
Special Deputy Prosecuting Attorney for
Douglas County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
*Attorney for Defendant Sean Lewis*

DATED this 15th day of July, 2025.

By: _____s/ Scott A. Marlow_____
SCOTT A. MARLOW, WSBA No. 25987
Special Deputy Prosecuting Attorney for
Douglas County
3000 Rockefeller Ave., M/S 504
Everett, Washington 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Scott.Marlow@co.snohomish.wa.us
*Attorney for Defendant Sean Lewis*

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Notice of Substitution Under Fed. R. Civ. P. 25(d)** on the following parties by the methods indicated:

| | |
|---|---|
| Kristen K. Waggoner<br>Katherine Anderson<br>Ryan Tucker<br>Mark Lippelmann<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, ZA 85260<br>KWaggoner@ADFlegal.org<br>KAnderson@ADFlegal.org<br>RTucker@ADFlegal.org<br>MLippelmann@ADFlegal.org<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| John J. Bursch<br>Mathew W. Hoffmann<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>JBursch@ADFlegal.org<br>MHoffmann@ADFlegal.org<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Eric Kniffin<br>Kniffin Law PLLC<br>102 S. Tejon Street, Suite 1100<br>Colorado Springs, CO 80903<br>Eric@kniffin.law<br>*Attorney for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

//

//

//

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

George M. Ahrend
Ahrend Law Firm PLLC
421 W. Riverside Avenue, Suite 1060
Spokane, WA 99201
George@luveralawfirm.com
*Attorney for Plaintiffs*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Rd. SE, Suite D-1100
Lawrenceville, GA 30043
DCortman@ADFlegal.org
*Attorney for Plaintiffs*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

Emma Grunberg
Alicia O. Young
Kelly A. Paradis
Deputy Solicitors General
Attorney General of Washington
P.O. Box 40100
Olympia, WA 98504-0100
Emma.Grunberg@atg.wa.gov
Alicia.Young@atg.wa.gov
Kelly.Paradis@atg.wa.gov
*Attorneys for Defendant Washington State*
*Attorney General Robert W. Ferguson & Nicholas*
*W. Brown*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

Anna K. Aruiza
Kitsap County Prosecutor's Office
614 Division Street, MS-35A
Port Orchard, WA 98366
AARuiza@kitsap.gov
*Attorneys for Defendant Chad Enright*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

Amanda M. Migchelbrink
Senior Deputy Prosecuting Attorney
Clark County Prosecutor's Office-Civil Div.
P.O. Box 5000
Vancouver, WA 98666-5000
Amanda.Migchelbrink@clark.wa.gov
*Attorney for Defendant Attorney Tony Golik*

☒ E-Served via CM/ECF
☐ E-Mailed
☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d)  - 4
USDC #C25-209-RLP

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | Rachel K. Stanley | ☒ E-Served via CM/ECF |
| | Michael E. McFarland, Jr. | ☐ E-Mailed |
| 2 | Evans, Craven & Lackie, P.S. | ☐ Facsimile |
| | 818 W. Riverside, Suite 250-Lincoln Bldg. | ☒ U.S. Mail |
| 3 | Spokane, WA 99201 | ☐ Hand Delivery |
| | RStanley@ecl-law.com | ☐ Messenger Service |
| 4 | MMcFarland@ecl-law.com | |

*Attorneys for Defendants Curt Liedkie, Dale Slack, Ty Albertson, Ericka George, Denis Tracy, Mathew Newberg, Kevin McCrae, & Adam Kick*

Philip C. Hunsucker — ☒ E-Served via CM/ECF
Melissa Pleimann — ☐ E-Mailed
Jefferson County Prosecutor's Office — ☐ Facsimile
P.O. Box 1220 — ☒ U.S. Mail
Port Townsend, WA 98368 — ☐ Hand Delivery
PHunsucker@co.jefferson.wa.us — ☐ Messenger Service
*Attorneys for Defendant James Kennedy*

Frederick A. Haist — ☒ E-Served via CM/ECF
Skagit County Prosecutor's Office-Civil Division — ☐ E-Mailed
605 S. Third Street-Courthouse Annex — ☐ Facsimile
Mount Vernon, WA 98273-3867 — ☒ U.S. Mail
FHaist@co.skagit.wa.us — ☐ Hand Delivery
*Attorney for Defendant Richard Weyrich* — ☐ Messenger Service

Senior DPA Heidi Jacobsen-Watts — ☒ E-Served via CM/ECF
King County Prosecutor's Office — ☐ E-Mailed
701 Fifth Avenue, Suite 600 — ☐ Facsimile
Seattle, WA 98104 — ☒ U.S. Mail
Heidi.Jacobsen-Watts@kingcounty.gov — ☐ Hand Delivery
*Attorney for Defendant Leesa Manion* — ☐ Messenger Service

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this ___ day of July, 2025.

_____
Cindy Ryden, Legal Assistant

NOTICE OF SUBSTITUTION UNDER FED. R. CIV. P. 25(d) - 5
USDC #C25-209-RLP

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333