# EXHIBIT N

Feb 28    Rules Committee relieved of further consideration. Placed on second reading.
Mar 3    **1st substitute bill substituted (ELHS 25).** (View 1st Substitute)



### Roll Call
#### HB 1171
#### Mandated reporting/higher ed
#### 3rd Reading & Final Passage
#### 3/3/2025

Yeas: 95 Nays: 0 Absent: 0 Excused: 3

**Voting Yea:** Representatives Abbarno (R-20), Abell (R-7), Barkis (R-2), Barnard (R-8), Berg (D-44), Bergquist (D-11), Bernbaum (D-24), Berry (D-36), Bronoske (D-28), Burnett (R-12), Caldier (R-26), Chase (R-4), Connors (R-8), Corry (R-15), Cortes (D-38), Couture (R-35), Davis (D-32), Dent (R-13), Doglio (D-22), Donaghy (D-44), Duerr (D-1), Dufault (R-15), Dye (R-9), Engell (R-7), Entenman (D-47), Eslick (R-39), Farivar (D-46), Fey (D-27), Fosse (D-38), Goodman (D-45), Graham (R-6), Gregerson (D-33), Griffey (R-35), Hill (D-3), Hunt (D-5), Jacobsen (R-25), Keaton (R-25), Klicker (R-16), Kloba (D-1), Leavitt (D-28), Lekanoff (D-40), Ley (R-18), Low (R-39), Macri (D-43), Manjarrez (R-14), Marshall (R-2), McClintock (R-18), McEntire (R-19), Mena (D-29), Mendoza (R-14), Morgan (D-29), Nance (D-23), Obras (D-33), Orcutt (R-20), Ormsby (D-3), Ortiz-Self (D-21), Parshley (D-22), Paul (D-10), Penner (R-31), Peterson (D-21), Pollet (D-46), Ramel (D-40), Reed (D-36), Reeves (D-30), Richards (D-26), Rude (R-16), Rule (D-42), Ryu (D-32), Salahuddin (D-48), Santos (D-37), Schmick (R-9), Schmidt (R-4), Scott (D-43), Shavers (D-10), Simmons (D-23), Springer (D-45), Stearns (D-47), Steele (R-12), Stokesbary (R-31), Stonier (D-49), Street (D-37), Stuebe (R-17), Taylor (D-30), Thai (D-41), Tharinger (D-24), Thomas (D-34), Timmons (R-42), Volz (R-6), Walen (D-48), Walsh (R-19), Waters (R-17), Wylie (D-49), Ybarra (R-13), Zahn (D-41), Jinkins (D-27)

**Voting Nay:** None

**Absent:** None

**Excused:** Representatives Callan (D-5), Fitzgibbon (D-34), Hackney (D-11)

Apr 19    President signed.

**OTHER THAN LEGISLATIVE ACTION**

| | |
|---|---|
| Apr 1 | Passed to Rules Committee for second reading. |
| Apr 7 | Placed on second reading by Rules Committee. |
| Apr 14 | Committee amendment(s) adopted with no other amendments. |
| | Rules suspended. Placed on Third Reading. |
| | Committee amendment(s) adopted with no other amendments. |

### Roll Call
**HB 1171**
**Mandated reporting/higher ed**
**3rd Reading & Final Passage as Amended by the Senate**
**4/14/2025**

Yeas: 39 Nays: 10 Absent: 0 Excused: 0

**Voting Yea:** Senators Alvarado (D-34), Bateman (D-22), Boehnke (R-8), Braun (R-20), Cleveland (D-49), Conway (D-29), Cortes (D-18), Dhingra (D-45), Dozier (R-16), Frame (D-36), Goehner (R-12), Hansen (D-23), Harris (R-17), Hasegawa (D-11), Holy (R-6), Kauffman (D-47), King (R-14), Krishnadasan (D-26), Liias (D-21), Lovelett (D-40), Lovick (D-44), MacEwen (R-35), Nobles (D-28), Orwall (D-33), Pedersen (D-43), Ramos (D-5), Riccelli (D-3), Robinson (D-38), Saldaña (D-37), Salomon (D-32), Shewmake (D-42), Slatter (D-48), Stanford (D-1), Torres (R-15), Trudeau (D-27), Valdez (D-46), Warnick (R-13), Wellman (D-41), Wilson, C. (D-30)

**Voting Nay:** Senators Chapman (D-24), Christian (R-4), Fortunato (R-31), Gildon (R-25), McCune (R-2), Muzzall (R-10), Schoesler (R-9), Short (R-7), Wagoner (R-39), Wilson, J. (R-19)

**Absent:** None

**Excused:** None

## Available Documents

For a complete list of documents, go to Online Reports **Text of a Legislative Document.**

**Bill Documents**
Original Bill
Substitute Bill
Bill as Passed
Legislature
Session Law

**Bill Reports**
House Bill Analysis 2025
House Bill Report
Substitute Senate Bill Report (Orig.)
Substitute Senate Bill Report
Substitute House Bill Report
Final Bill Report

## Fiscal Note

IN THE HOUSE

IN TH[...]

OTHE[...]



### Roll Call
**HB 1171**
**Mandated reporting/higher ed**
**Final Passage as Amended by the Senate**
**4/17/2025**

Yeas: 95 Nays: 1 Absent: 0 Excused: 2

**Voting Yea:** Representatives Abbarno (R-20), Abell (R-7), Barkis (R-2), Barnard (R-8), Berg (D-44), Bergquist (D-11), Bernbaum (D-24), Berry (D-36), Bronoske (D-28), Burnett (R-12), Caldier (R-26), Callan (D-5), Chase (R-4), Connors (R-8), Corry (R-15), Cortes (D-38), Couture (R-35), Davis (D-32), Dent (R-13), Doglio (D-22), Donaghy (D-44), Duerr (D-1), Dufault (R-15), Dye (R-9), Engell (R-7), Entenman (D-47), Eslick (R-39), Farivar (D-46), Fey (D-27), Fitzgibbon (D-34), Fosse (D-38), Goodman (D-45), Graham (R-6), Gregerson (D-33), Griffey (R-35), Hackney (D-11), Hill (D-3), Hunt (D-5), Jacobsen (R-25), Keaton (R-25), Klicker (R-16), Kloba (D-1), Leavitt (D-28), Lekanoff (D-40), Ley (R-18), Low (R-39), Macri (D-43), Manjarrez (R-14), Marshall (R-2), McClintock (R-18), McEntire (R-19), Mena (D-29), Morgan (D-29), Nance (D-23), Obras (D-33), Orcutt (R-20), Ormsby (D-3), Ortiz-Self (D-21), Parshley (D-22), Paul (D-10), Penner (R-31), Peterson (D-21), Pollet (D-46), Ramel (D-40), Reed (D-36), Reeves (D-30), Richards (D-26), Rude (R-16), Rule (D-42), Ryu (D-32), Salahuddin (D-48), Santos (D-37), Schmick (R-9), Schmidt (R-4), Scott (D-43), Shavers (D-10), Simmons (D-23), Springer (D-45), Stearns (D-47), Steele (R-12), Stokesbary (R-31), Stonier (D-49), Stuebe (R-17), Taylor (D-30), Thai (D-41), Tharinger (D-24), Thomas (D-34), Timmons (D-42), Volz (R-6), Walen (D-48), Walsh (R-19), Waters (R-17), Wylie (D-49), Zahn (D-41), Jinkins (D-27)

**Voting Nay:** Representative Ybarra (R-13)

**Absent:** None

**Excused:** Representatives Mendoza (R-14), Street (D-37)

**Fiscal Note**

Feb 6        Passed to Rules Committee for second reading.
Feb 26       Placed on second reading by Rules Committee.

IN TH

### Roll Call
**SB 5375**
**Clergy, duty to report abuse**
**3rd Reading & Final Passage**
**2/28/2025**

Yeas: 28 Nays: 20 Absent: 0 Excused: 1

**Voting Yea:** Senators Alvarado (D-34), Bateman (D-22), Chapman (D-24), Cleveland (D-49), Conway (D-29), Cortes (D-18), Dhingra (D-45), Frame (D-36), Hansen (D-23), Krishnadasan (D-26), Liias (D-21), Lovelett (D-40), Lovick (D-44), Nobles (D-28), Orwall (D-33), Pedersen (D-43), Ramos (D-5), Riccelli (D-3), Robinson (D-38), Saldaña (D-37), Salomon (D-32), Shewmake (D-42), Slatter (D-48), Stanford (D-1), Trudeau (D-27), Valdez (D-46), Wellman (D-41), Wilson, C. (D-30)

**Voting Nay:** Senators Boehnke (R-8), Braun (R-20), Christian (R-4), Dozier (R-16), Fortunato (R-31), Gildon (R-25), Goehner (R-12), Harris (R-17), Hasegawa (D-11), Kauffman (D-47), King (R-14), MacEwen (R-35), McCune (R-2), Muzzall (R-10), Schoesler (R-9), Short (R-7), Torres (R-15), Wagoner (R-39), Warnick (R-13), Wilson, J. (R-19)

**Absent:** None

**Excused:** Senator Holy (R-6)

**OTHER THAN LEGISLATIVE ACTION**

Apr 22       Delivered to Governor. (View Bill as Passed Legislature)
May 2        Governor signed.



Mar 21    Referred to Rules 2 Review.
Apr 11    Rules Committee relieved of further consideration. Placed on second reading.

### Roll Call
**SB 5375**
**Clergy, duty to report abuse**
**3rd Reading & Final Passage**
**4/11/2025**

Yeas: 64 Nays: 31 Absent: 0 Excused: 3

**Voting Yea:** Representatives Berg (D-44), Bergquist (D-11), Bernbaum (D-24), Berry (D-36), Bronoske (D-28), Caldier (R-26), Callan (D-5), Connors (R-8), Cortes (D-38), Couture (R-35), Davis (D-32), Doglio (D-22), Donaghy (D-44), Duerr (D-1), Entenman (D-47), Farivar (D-46), Fey (D-27), Fitzgibbon (D-34), Fosse (D-38), Goodman (D-45), Gregerson (D-33), Hackney (D-11), Hill (D-3), Hunt (D-5), Kloba (D-1), Leavitt (D-28), Lekanoff (D-40), Macri (D-43), Mena (D-29), Morgan (D-29), Nance (D-23), Obras (D-33), Ormsby (D-3), Ortiz-Self (D-21), Parshley (D-22), Paul (D-10), Penner (R-31), Peterson (D-21), Pollet (D-46), Ramel (D-40), Reed (D-36), Reeves (D-30), Richards (D-26), Rude (R-16), Rule (D-42), Ryu (D-32), Salahuddin (D-48), Santos (D-37), Scott (D-43), Shavers (D-10), Simmons (D-23), Springer (D-45), Stearns (D-47), Stonier (D-49), Street (D-37), Taylor (D-30), Thai (D-41), Tharinger (D-24), Thomas (D-34), Timmons (D-42), Walen (D-48), Wylie (D-49), Zahn (D-41), Jinkins (D-27)

**Voting Nay:** Representatives Abbarno (R-20), Abell (R-7), Barkis (R-2), Barnard (R-8), Burnett (R-12), Chase (R-4), Corry (R-15), Dent (R-13), Dufault (R-15), Dye (R-9), Engell (R-7), Eslick (R-39), Graham (R-6), Jacobsen (R-25), Keaton (R-25), Klicker (R-16), Ley (R-18), Low (R-39), Manjarrez (R-14), Marshall (R-2), McClintock (R-18), Orcutt (R-20), Schmick (R-9), Schmidt (R-4), Steele (R-12), Stokesbary (R-31), Stuebe (R-17), Volz (R-6), Walsh (R-19), Waters (R-17), Ybarra (R-13)

**Absent:** None

**Excused:** Representatives Griffey (R-35), McEntire (R-19), Mendoza (R-14)

House Bill Report
Final Bill Report