# EXHIBIT O

**5375 AMS CHRI S1972.3**

**SB 5375** - S AMD **71**
 By Senator Christian

**NOT ADOPTED 02/28/2025**

1    On page 7, line 11, after "service." strike "((No)) Except for
2 members of the clergy, no" and insert "No"

3    On page 7, line 14, after "RCW 5.60.060." insert "A member of the
4 clergy, to the extent the member of the clergy believes necessary,
5 shall reveal information relating to a privileged communication under
6 RCW 5.60.060 from a penitent to prevent reasonably certain death or
7 substantial bodily harm."

    EFFECT:  Strikes the privileged communication exception for members of the clergy and restores current law. A member of the clergy, to the extent the member of the clergy believes necessary, shall reveal information relating to a privileged communication from a penitent to prevent reasonably certain death or substantial bodily harm.

--- **END** ---