# EXHIBIT P

**5375 AMS WARN S1968.4**

**SB 5375** - S AMD **72**
By Senator Warnick

**NOT ADOPTED 02/28/2025**

1　　On page 7, line 11, after "service." strike "((No)) Except for
2　members of the clergy, no" and insert "No"

3　　On page 7, line 14, after "RCW 5.60.060." insert "A member of the
4　clergy may disclose a privileged communication under RCW 5.60.060
5　without the consent of the penitent if failure to disclose is likely
6　to result in a clear, imminent risk of serious physical injury or
7　death of the penitent or another person."

　　EFFECT: Strikes the privileged communication exception for members of the clergy and restores current law. A member of the clergy may disclose a privileged communication without the consent of the penitent if a failure to disclose is likely to result in a clear, imminent risk of serious physical injury or death of the penitent or another person.

--- END ---