THE HONORABLE REBECCA L. PENNELL

Geoffrey A. Enns, WSBA #40682
Deputy Prosecuting Attorney
JASON CUMMINGS
Snohomish County Prosecuting Attorney
3000 Rockefeller Ave. M/S 504
Everett, WA 98201
Tel: (425) 388-6330
Fax: (425) 388-6333
Attorney for Defendants Larry Haskell, Joseph Brusic, Randy Flyckt, Eric Eisinger, Robert Sealby, Mark Nichols, Ryan Jurvakainen, Sean Lewis, Michael Golden, Shawn Sant, Norma Tillotson, Gregory Banks, Gregory Zempel, David Quesnel, Jonathan Meyer, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Jason Cummings, Jon Tunheim, Dan Bigelow, Gabe Acosta, and Eric Richey

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT FERGUSON, in his official capacity as Governor of Washington, *et al.*,<br><br>　　　　　Defendants. | No. 2:25-cv-00209-RLP<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS AND ENTER PRELIMINARY INJUNCTION AS TO COUNTY PROSECUTOR DEFENDANTS AND<br>[PROPOSED] ORDER**<br><br>**NOTING DATE: July 25, 2025**<br>Without oral argument |

STIPULATED MOTION
(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

Plaintiffs Orthodox Church in America, Antiochian Orthodox Christian Archdiocese of North America, Romanian Orthodox Metropolia of the Americas, Western American Diocese of the Russian Orthodox Church Outside of Russia, and Timothy Wilkinson ("Plaintiffs") and Defendants Leesa Manion, Larry Haskell, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, Sean Lewis,[1] Michael Golden, Shawn Sant, Mathew Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy (the "Stipulating Defendants") jointly move the Court to stay all proceedings in this case with respect to the Stipulating Defendants pending a final judgment in

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Sean Lewis, the Interim Douglas County Prosecuting Attorney, is substituted in place of the Honorable Gordon Edgar, who retired as Douglas County Prosecuting Attorney effective June 30, 2025. *See* Dkt. #150.

STIPULATED MOTION
(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

this case, subject to the Stipulating Defendants' agreement to be bound by the terms of this Stipulation and Proposed Order, including Exhibit A attached thereto.

On June 16, 2025, Plaintiffs filed a Complaint (Dkt. #1) against the Stipulating Defendants and others, including Robert W. Ferguson, in his official capacity as Governor of Washington and Nicholas W. Brown, in his official capacity as Attorney General of Washington. The Complaint alleges that Section 26.44.030(1)(b) of the Revised Code of Washington (RCW), as amended by Senate Bill 5375, violates the First and Fourteenth Amendments to the U.S. Constitution. None of the defendants named in the lawsuit have yet answered or otherwise responded to the Complaint.

On June 20, 2025, Plaintiffs filed a Motion for Preliminary Injunction ("Motion") against all defendants (Dkt. #20) seeking to preliminarily enjoin them from enforcing or attempting to enforce RCW § 26.44.030, as amended by Senate Bill 5375, as applied to information learned by Orthodox priests solely through the Sacrament of Confession. Four defendants have filed responses to the Motion. *See* Dkt. #135; Dkt. #147; Dkt. #149.

The Stipulating Defendants seek to avoid the cost and burdens of this litigation and have agreed not to oppose, either during this litigation or on appeal, Plaintiffs' requests for injunctive relief against them. The Stipulating Defendants

STIPULATED MOTION
(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

and Plaintiffs have further agreed that, to allow for the Plaintiffs to pursue their claims against the remaining defendants, the Plaintiffs' claims against the Stipulating Defendants will be stayed in their entirety until the Court's entry of a final judgment in this lawsuit, thus precluding the Stipulating Defendants from (i) responding to the Complaint, (ii) participating in motions practice, and (iii) propounding (or being subject to) discovery.  In exchange for Plaintiffs' agreement to stay the lawsuit against them, the Stipulating Defendants stipulate to the Court's entry of the Plaintiffs' proposed preliminary injunction against them (Dkt. #20-1), pending the Court's final judgment, including during the pendency of any potential interlocutory appeal.  The Stipulating Defendants have further agreed to consent to the Court's final judgment as to the remaining defendants and not to appeal any such judgment.

In consideration of these mutual agreements, Plaintiffs have agreed not to seek attorneys' fees and/or costs from the Stipulating Defendants at the conclusion of this matter and regardless of the Court's final judgment.  The Stipulating Defendants have likewise agreed to waive any claim for attorneys' fees and/or costs from the Plaintiffs, regardless of the Court's final judgment.

//

//

STIPULATED MOTION
(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

IT IS SO STIPULATED by and between the Parties.

\* \* \*

DATED: July 24, 2025

/s/ *Anna K. Aruiza*
Anna K. Aruiza, WSBA #39663
Senior Deputy Prosecuting Attorney
CHAD M. ENRIGHT
Kitsap County Prosecuting Attorney
614 Division St. MS-35A
Port Orchard, WA 98366-4676
Tel: (360) 337-4992
Fax: (360) 337-7083
aaruiza@kitsap.gov
Attorney for Defendant Chad Enright


/s/ *Heidi Jacobsen-Watts*
Heidi Jacobsen-Watts, WSBA #35549
Senior Deputy Prosecuting Attorney
LEESA MANION
King County Prosecuting Attorney
701 Fifth Ave., Suite 600
Seattle, WA 98104
Tel: (206) 477-1120
Fax: (206) 296-0191
heidi.jacobsen-watts@kingcounty.gov
Attorney for Defendant Leesa Manion

/s/ *Katherine Anderson*
Kristen K. Waggoner
WA Bar No.27790
AZ Bar No. 32382
Katherine Anderson
WA Bar No. 41707
AZ Bar No. 29490
Ryan Tucker*
AZ Bar No. 034382
Mark Lippelmann*
AZ Bar No. 036553
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org

John J. Bursch*
MI Bar No. P57679
Mathew W. Hoffmann*
VA Bar No. 100102
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
mhoffmann@ADFlegal.org

STIPULATED MOTION
(No. 2:25-cv-00209-RLP)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

| | | |
|---|---|---|
| 1 | /s/ Philip C. Hunsucker | David A. Cortman* |
| 2 | Philip C. Hunsucker, WSBA #48692 | GA Bar No. 188810 |
| 3 | Chief Civil Deputy Prosecuting Attorney | ALLIANCE DEFENDING FREEDOM 1000 Hurricane Shoals Rd. NE Suite D-1100 |
| 4 | JAMES KENNEDY | Lawrenceville, GA 30043 |
| 5 | Jefferson County Prosecuting Attorney 1820 Jefferson Street/P.O. Box 1220 | Telephone: (770) 339-0774 dcortman@adflegal.org |
| 6 | Port Townsend, WA 98368 | |
| 7 | Tel: (360) 385-9180 PHunsucker@co.jefferson.wa.us | Eric Kniffin* CO Bar 48016 |
| 8 | Attorney for Defendant James Kennedy | KNIFFIN LAW |
| 9 | | 102 S. Tejon St., Suite 1100 Colorado Springs, CO 80903 |
| 10 | /s/ Amanda Migchelbrink | (719) 212-4391 |
| 11 | Amanda Migchelbrink, WSBA #34223 Senior Deputy Prosecuting Attorney | eric@kniffin.law |
| 12 | TONY GOLIK | George M. Ahrend |
| 13 | Clark County Prosecuting Attorney 1300 Franklin St., Suite 380 | WA Bar No. 25160 AHREND LAW FIRM PLLC |
| 14 | Vancouver, WA 98666-5000 | 421 W. Riverside Ave. |
| 15 | Tel: (564) 397-2478 Fax: (564) 397-2184 | Suite 1060 Spokane, WA 99201 |
| 16 | Amanda.Migchelbrink@clark.wa.gov | Telephone: (206) 467-6090 |
| 17 | Attorney for Defendant Tony Golik | George@luveralawfirm.com |
| 18 | | *Counsel for Plaintiffs* |
| 19 | /s/ Frederick A. Haist | *Admitted *Pro Hac Vice* |
| 20 | Frederick A. Haist, WSBA #48937 Deputy Prosecuting Attorney | |
| 21 | RICHARD E. WEYRICH | |
| 22 | Skagit County Prosecuting Attorney 605 Third St. | |
| 23 | Mount Vernon, WA 98273-3867 | |
| 24 | Tel: (360) 416-1600 Fax: (360) 416-1649 | |
| 25 | fhaist@co.skagit.wa.us | |
| 26 | Attorney for Defendant Richard Weyrich | |
| 27 | STIPULATED MOTION | |
| 28 | (No. 2:25-cv-00209-RLP) | |

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

1  /s/ Rachel K. Stanley
2  Rachel K. Stanley, WSBA #58280
   EVANS, CRAVEN & LACKIE, P.S.
3  818 Riverside, Suite 250
4  Spokane, WA 99201-0910
   Tel: (509) 455-5200
5  Fax: (509) 455-3632
6  rstanley@ecl-law.com
   Attorney for Defendants Curt Liedike,
7  Dale Slack, Mathew Newburg, Kevin
   McCrae, Ty Albertson, Adam Kick,
8  Erika George, and Denis Tracy
9

10
11 /s/ Geoffrey A. Enns
   Geoffrey A. Enns, WSBA #40682
12 Deputy Prosecuting Attorney
   JASON CUMMINGS
13 Snohomish County Prosecuting
14 Attorney
   3000 Rockefeller Ave. M/S 504
15 Everett, WA 98201
16 Tel: (425) 388-6330
   Fax: (425) 388-6333
17 Geoff.Enns@co.snohomish.wa.us
18 Attorney for Defendants Larry Haskell,
   Joseph Brusic, Randy Flyckt, Eric
19 Eisinger, Robert Sealby, Mark Nichols,
20 Ryan Jurvakainen, Sean Lewis,
   Michael Golden, Shawn Sant, Norma
21 Tillotson, Gregory Banks, Gregory
22 Zempel, David Quesnel, Jonathan
   Meyer, Michael Dorcy, Albert Lin,
23 Michael Rothman, Dolly Hunt, Mary
24 Robnett, Amy Vira, Jason Cummings,
   Jon Tunheim, Dan Bigelow, Gabe
25 Acosta, and Eric Richey
26
27 STIPULATED MOTION
28 (No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**.

This matter is before the Court on the Stipulated Motion to Stay Proceedings and Enter Preliminary Injunction as to County Prosecutor Defendants ("Motion"). Defendants Leesa Manion, Larry Haskell, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, Sean Lewis, Michael Golden, Shawn Sant, Mathew Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy (the "Stipulating Defendants") have agreed, in exchange for Plaintiffs' agreement to stay the lawsuit against them, to stipulate to the Court's entry of the Plaintiffs' proposed preliminary injunction (Dkt. #20-1) pending the Court's final judgment in this case, including during the pendency of any potential interlocutory appeal. The Stipulating Defendants have further agreed to consent to the Court's final judgment against the remaining defendants and not to appeal any such judgment. In consideration of these mutual agreements, Plaintiffs have agreed not to seek

[PROPOSED] ORDER GRANTING
STIPULATED MOTION

(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

attorneys' fees and/or costs from the Stipulating Defendants at the conclusion of this matter and regardless of the Court's final judgment. The Stipulating Defendants have likewise agreed to waive any claim for attorneys' fees and/or costs from the Plaintiffs, regardless of the Court's final judgment.

Having reviewed the Motion, the docket and all related material, and good cause appearing therefrom, the Court hereby ORDERS as follows:

1. The Stipulating Defendants are hereby subject to and bound by Exhibit A to this Order.
2. Plaintiffs' action against the Stipulating Defendants shall be STAYED until the entry of a final judgment in this matter as to all other defendants. During the pendency of the stay, the Stipulating Defendants' deadline to respond to the Complaint and all other case deadlines applicable to the Stipulating Defendants shall be STRICKEN.
3. The Stipulating Defendants will not appeal any interlocutory ruling in this matter, including but not limited to the Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. #20).
4. The Stipulating Defendants will consent to the Court's final judgment against the remaining defendants and will not appeal any such judgment.

[PROPOSED] ORDER GRANTING
STIPULATED MOTION

(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

5. In consideration of these mutual agreements, Plaintiffs will not seek attorneys' fees and/or costs from the Stipulating Defendants at the conclusion of this matter and regardless of the Court's final judgment. The Stipulating Defendants likewise waive any claim for attorneys' fees and/or costs from the Plaintiffs, regardless of the Court's final judgment.

IT IS SO ORDERED.

DATED this ____ day of _____, 2025

_____
HONORABLE REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Katherine Anderson*
Katherine Anderson
WA Bar No. 41707
AZ Bar No. 29490
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

[PROPOSED] ORDER GRANTING STIPULATED MOTION

(No. 2:25-cv-00209-RLP)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

1  */s/ Geoffrey A. Enns*
2  Geoffrey A. Enns, WSBA #40682
   Deputy Prosecuting Attorney
3  JASON CUMMINGS
4  Snohomish County Prosecuting Attorney
   3000 Rockefeller Ave. M/S 504
5  Everett, WA 98201
6  Tel: (425) 388-6330
   Fax: (425) 388-6333
7  Geoff.Enns@co.snohomish.wa.us
8  Attorney for Defendants Larry Haskell, Joseph Brusic,
   Randy Flyckt, Eric Eisinger, Robert Sealby,
9  Mark Nichols, Ryan Jurvakainen, Sean Lewis,
10 Michael Golden, Shawn Sant, Norma Tillotson,
   Gregory Banks, Gregory Zempel, David Quesnel,
11 Jonathan Meyer, Michael Dorcy, Albert Lin,
12 Michael Rothman, Dolly Hunt, Mary Robnett,
   Amy Vira, Jason Cummings, Jon Tunheim,
13 Dan Bigelow, Gabe Acosta, and Eric Richey

26 [PROPOSED] ORDER GRANTING STIPULATED MOTION
27
28 (No. 2:25-cv-00209-RLP)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

# EXHIBIT A

Pursuant to the Stipulated Motion of Plaintiffs Orthodox Church in America, Antiochian Orthodox Christian Archdiocese of North America, Romanian Orthodox Metropolia of the Americas, Western American Diocese of the Russian Orthodox Church Outside of Russia, and Timothy Wilkinson ("Plaintiffs") and Defendants Leesa Manion, Larry Haskell, Joseph Brusic, Randy Flyckt, Curt Liedkie, Eric Eisinger, Robert Sealby, Mark Nichols, Tony Golik, Dale Slack, Ryan Jurvakainen, Sean Lewis, Michael Golden, Shawn Sant, Mathew Newberg, Kevin McRae, Norma Tillotson, Gregory Banks, James Kennedy, Chad Enright, Gregory Zempel, David Quesnel, Jonathan Meyer, Ty Albertson, Michael Dorcy, Albert Lin, Michael Rothman, Dolly Hunt, Mary Robnett, Amy Vira, Rich Weyrich, Adam Kick, Jason Cummings, Erika George, Jon Tunheim, Dan Bigelow, Gabe Acosta, Eric Richey, and Denis Tracy (the "Stipulating Defendants"), IT IS HEREBY ORDERED that the Stipulating Defendants and their agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Stipulating Defendants, their agents, servants, employees, and attorneys, are preliminarily enjoined, pursuant to Federal Rule of Civil Procedure 65(a), from enforcing or attempting to enforce RCW § 26.44.030, as amended by Senate Bill 5375, as applied to information learned by Orthodox priests solely through the Sacrament of Confession.

[PROPOSED] ORDER GRANTING STIPULATED MOTION

(No. 2:25-cv-00209-RLP)

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of July, 2025.

                                *s/ Geoffrey A. Enns*
                                GEOFFREY A. ENNS, WSBA #40682
                                Deputy Prosecuting Attorney

[PROPOSED] ORDER GRANTING STIPULATED MOTION

(No. 2:25-cv-00209-RLP)

**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave.
Everett, Washington 98201-4060
(425)388-6330  Fax: (425)388-6333