NICHOLAS W. BROWN
*Attorney General*

ALICIA O. YOUNG, WSBA #35553
EMMA GRUNBERG, WSB #54659
KELLY A. PARADIS, WSBA #47175
*Deputy Solicitors General*
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

The Honorable Rebecca L. Pennell

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, et al.,<br><br>Defendants. | NO. 2:25-cv-00209-RLP<br><br>STIPULATED MOTION TO ENTER PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS<br><br>NOTE ON MOTION DOCKET:<br>July 24, 2025 |

## I. STIPULATION

Plaintiffs Orthodox Christian Church in America, Antiochian Orthodox Christian Archdiocese of North America, Romanian Orthodox Metropolia of the Americas, Western American Diocese of the Russian Orthodox Church Outside of Russia, and Timothy Wilkinson, and Defendants Robert W. Ferguson and Nicholas W. Brown (State Defendants), stipulate and agree that State Defendants

STIPULATION
NO. 2:25-cv-00209-RLP

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

will be bound by the terms of this Stipulation and Proposed Order, including Exhibit A attached thereto.

On June 16, 2025, Plaintiffs in this case filed their Complaint. ECF No. 1. Plaintiffs filed their Motion for Preliminary Injunction on June 20, 2025. ECF No. 20.

On July 18, 2025, the U.S. District Court for the Western District of Washington issued a preliminary injunction enjoining State Defendants from enforcing SB 5375 as to the Sacrament of Confession against the plaintiffs in that case and "all Roman Catholic priests in Washington who fall directly under the administration of Plaintiffs Etienne, Daly, and Tyson." *Etienne et al v. Ferguson et al.*, No. 3:25-cv-05461-DGE, ECF No. 227 at 25. State Defendants have represented in the *Etienne* case that they will not seek to enforce SB 5375 as to all clergy regarding regarding information learned in confession or sacred confidence, for such time as that Order remains in effect.

In the instant case, State Defendants stipulate and agree to entry of a Preliminary Injunction enjoining State Defendants from enforcing SB 5375 against the Plaintiffs in this action and their priests, as to information learned in confession or sacred confidence, to remain in effect until final judgment is entered in this case.

IT IS SO STIPULATED by and between the Parties.

STIPULATION
NO. 2:25-cv-00209-RLP

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

RESPECTFULLY SUBMITTED this 24th day of July 2025.

<table>
<tr><td>

NICHOLAS W. BROWN
Attorney General

*/s/ Emma Grunberg*
ALICIA O. YOUNG, WSBA #35553
EMMA GRUNBERG, WSBA #54659
KELLY A. PARADIS, WSBA #47175
*Deputy Solicitors General*
Solicitor General's Office
1125 Washington Street SE
PO Box 40100
206-464-7744
Alicia.Young@atg.wa.gov
Emma.Grunberg@atg.wa.gov
Kelly.Paradis@atg.wa.gov
*Attorneys for Defendants Robert W. Ferguson and Nicholas W. Brown*

</td><td>

/s/ *Katherine Anderson*
Kristen K. Waggoner
WA Bar No.27790
AZ Bar No. 32382
Katherine Anderson
WA Bar No. 41707
AZ Bar No. 29490
Ryan Tucker*
AZ Bar No. 034382
Mark Lippelmann*
AZ Bar No. 036553
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org
John J. Bursch*
MI Bar No. P57679
Mathew W. Hoffmann*
VA Bar No. 100102
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
mhoffmann@ADFlegal.org
David A. Cortman*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@adflegal.org
Eric Kniffin*
CO Bar 48016
KNIFFIN LAW
102 S. Tejon St., Suite 1100
Colorado Springs, CO 80903
(719) 212-4391

</td></tr>
</table>

STIPULATION
NO. 2:25-cv-00209-RLP

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

eric@kniffin.law

George M Ahrend
WA Bar No. 25160
AHREND LAW FIRM PLLC
421 W. Riverside Ave.
Suite 1060
Spokane, WA 99201
Telephone: (206) 467-6090
George@luveralawfirm.com
Counsel for Plaintiffs
*Admitted Pro Hac Vice

STIPULATION
NO. 2:25-cv-00209-RLP

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

## II.    ORDER

This matter is before the Court on the Stipulated Motion to Enter Preliminary Injunction as to the State Defendants. Defendants Robert W. Ferguson and Nicholas W. Brown (State Defendants) have agreed to stipulate to the Court's entry of a preliminary injunction (Dkt. 20-1) until such time as a final judgment is entered in this case.

Having reviewed the Motion, the docket and all related material, and good cause appearing therefore, the Court hereby ORDERS as follows:

1.    The State Defendants are hereby subject to and bound by Exhibit A to this Order until such time as a final judgment is entered in this case. Plaintiffs are not required to provide bond or other security.

IT IS SO ORDERED.

DATED this _____ day of _____ 2025.

STIPULATION
NO. 2:25-cv-00209-RLP

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

# EXHIBIT A

Pursuant to the Stipulated Motion of Plaintiffs Orthodox Christian Church in America, Antiochian Orthodox Christian Archdiocese of North America, Romanian Orthodox Metropolia of the Americas, Western American Diocese of the Russian Orthodox Church Outside of Russia, and Timothy Wilkinson, and Defendants Robert W. Ferguson and Nicholas W. Brown, IT IS HEREBY ORDERED that State Defendants and their officers, agents, servants, employees, and attorneys, and any other persons acting in concert with State Defendants, are preliminarily enjoined, pursuant to Federal Rule of Civil Procedure 65(a), from enforcing or attempting to enforce Senate Bill 5375 against the Plaintiffs in this action and their priests as to the Sacrament of Confession and other sacred confidences, until such time as final judgment is entered in this case.

STIPULATION
NO. 2:25-cv-00209-RLP

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of July 2025, at Seattle, Washington.

*/s/ Emma Grunberg*
EMMA GRUNBERG, WSBA #54659
Deputy Solicitor General

STIPULATION
NO. 2:25-cv-00209-RLP

7

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200