FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORTHODOX CHURCH IN AMERICAN, *et al*.,<br><br>                 Plaintiffs,<br><br>v.<br><br>ROBERT FERGUSON, *et al*.,<br><br>                 Defendants. | Civil Case No.: 2:25-cv-00209-RLP<br><br>ORDER GRANTING STIPULATED MOTON TO ENTER PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS |

BEFORE THE COURT is Plaintiffs' and Defendants Ferguson and Brown's Stipulated Motion to Enter Preliminary Injunction as to the State Defendants. ECF No. 172. Defendants Robert W. Ferguson and Nicholas W. Brown (State Defendants) have agreed to stipulate to the Court's entry of a preliminary injunction (ECF No. 20-1) until such time as a final judgment is entered in this case.

ORDER GRANTING STIPULATED MOTION TO ENTER PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS ~ 1

Having reviewed the Motion, the docket and all related material, and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Enter Preliminary Injunction as to State Defendants, **ECF No. 172**, is **GRANTED.**

2. The Motion for Preliminary Injunction, **ECF No. 20**, is **GRANTED** as to the State Defendants.

3. The State Defendants are hereby subject to and bound by Exhibit A to this Order until such time as a final judgment is entered in this case.

4. Plaintiffs are not required to provide bond or other security.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** July 25, 2025.

_____
REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION TO ENTER PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS ~ 2

# EXHIBIT A

Pursuant to the Stipulated Motion of Plaintiffs Orthodox Church in America, Antiochian Orthodox Christian Archdiocese of North America, Romanian Orthodox Metropolia of the Americas, Western American Diocese of the Russian Orthodox Church Outside of Russia, and Timothy Wilkinson, and Defendants Robert W. Ferguson and Nicholas W. Brown, IT IS HEREBY ORDERED that State Defendants and their officers, agents, servants, employees, and attorneys, and any other persons acting in concert with State Defendants, are preliminarily enjoined, pursuant to Federal Rule of Civil Procedure 65(a), from enforcing or attempting to enforce Senate Bill 5375 against the Plaintiffs in this action and their priests as to the Sacrament of Confession and other sacred confidences, until such time as final judgment is entered in this case.

ORDER GRANTING STIPULATED MOTION TO ENTER PRELIMINARY INJUNCTION AS TO STATE DEFENDANTS ~ 3