FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ORTHODOX CHURCH IN AMERICAN, *et al*.,

    Plaintiffs,

v.

ROBERT FERGUSON, *et al*.,

    Defendants.

Civil Case No.: 2:25-cv-00209-RLP

ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE

    BEFORE THE COURT is Plaintiffs' and Defendants Ferguson and Brown's Stipulated Motion to Transfer Venue, ECF No. 177, and Motion to Expedite, ECF No. 178. Plaintiffs and Defendants Robert W. Ferguson and Nicholas W. Brown have stipulated to a request to transfer this case to the Western District of Washington. Defendant county prosecutors do not oppose the motion.

ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE ~ 1

Under 28 U.S.C. § 1404(a), the Court finds that transfer is appropriate for the convenience of parties and witnesses and the interest of justice. The Court also finds that this case could have initially been brought in the Western District of Washington. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Motion to Transfer Venue, **ECF No. 177**, and Motion to Expedite, **ECF No. 178**, are **GRANTED.**

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Washington for all further proceedings.

3. The Clerk's Office shall electronically **FORWARD** this district's file, along with a copy of this Order, to the Clerk of the United States District Court for Western District of Washington.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file in this district.

**DATED** August 8, 2025.



REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE ~ 2